```
 1  JEFFREY D. WOHL (Cal. State Bar No. 96838)
    DANIEL E. WALDMAN (Cal. State Bar No. 223034)
 2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
    55 Second Street, 24th Floor
 3  San Francisco, California 94105
    Telephone: (415) 856-7000
 4  Facsimile: (415) 856-7100
    E-mail: jeffwohl@paulhastings.com
 5
    Attorneys for Defendant
 6  International Business Machines Corporation

 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*EFILED 8/22/08*

| | |
|---|---|
| ARIANA BEIL,<br><br>    Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation, and DOES 1 through 10, inclusive<br><br>    Defendants. | No. C-05-02826-RMW<br><br>**STIPULATION OF DISMISSAL;**<br>**[XXXXXXXXX] ORDER RE SAME** |

## STIPULATION

Plaintiff Ariana Beil and defendant International Business Machines Corporation, acting through their respective counsel of record, hereby stipulate pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, that this action may be DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees.

Dated: March 22, 2006.

RICHARD E. LEVINE
LEVINE & BAKER LLP

By: _/s/ Richard E. Levine_
Richard E. Levine
Counsel for Plaintiff Ariana Beil

LEGAL_US_W # 53202642.1

STIPULATION OF DISMISSAL; ORDER
U.S.D.C., N.D. Cal., No. C-05-02826-RMW

| | |
|---|---|
| Dated: March 20, 2006. | JEFFREY D. WOHL<br>DANIEL E. WALDMAN<br>PAUL, HASTINGS, JANOFSKY & WALKER LLP<br><br>By: _/s/ Jeffrey D. Wohl_<br>Jeffrey D. Wohl<br>Attorneys for Defendant<br>International Business Machines Corporation |

## ORDER

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that this action be and is hereby DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

Dated: September 20, 2008

*Ronald M. Whyte*
Ronald M. Whyte
United States District Judge